IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STACY BEARD                                                                          PLAINTIFF

v.                                    No. 5:13-cv-220-DPM

MANPOWER US INC.;
MANPOWERGROUP US INC.;
BRIDGETT RHODES; and RENAE PATTERSON           DEFENDANTS

ORDER

Beard has informed the Court informally that she agrees to dismissal of counts two and three without prejudice. Motion, № 6, granted, as modified: the dismissal is without prejudice. Defendants' pleading responding to count one, the only remaining claim, is due by 18 October 2013.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

3 October 2013