IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STACY BEARD                                                                           PLAINTIFF

v.                              No. 5:13-cv-220-DPM

MANPOWER U.S., INC.;
MANPOWERGROUP U.S., INC.;
BRIDGETT RHODES; and RENAE PATTERSON                   DEFENDANTS

## JUDGMENT

Beard's claims against Rhodes are dismissed without prejudice for lack of service. Counts II and III of Beard's complaint are dismissed without prejudice. Count I of Beard's complaint is dismissed with prejudice against Manpower U.S., Inc., Manpowergroup U.S., Inc., and Patterson.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

23 December 2014